IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHELIA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | : : : : : : : : : | CIVIL ACTION NO. 99-20593 |

PRETRIAL ORDER NO. 9586

AND NOW, this 4th day of June, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The petition of Levin Sedran & Berman LLP for an award of counsel fees for legal services provided during the period January 1, 2024 through March 31, 2024, pursuant to the Eleventh Amendment to the Class Action Settlement Agreement (Doc. # 54440), is hereby GRANTED;

(2)  In accordance with Section II.P.4 of the Eleventh Amendment to the Class Action Settlement Agreement, $35,812.50 shall be funded by Wyeth and paid by the Fund Administrator within thirty (30) days of this order.

BY THE COURT:

/s/ Harvey Bartle III
J.